NANCY HOFFMEIER ZAMORA, ESQ. (SBN 137326)
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, CA 90071
Telephone:    (213)488-9411
Facsimile:    (213) 488-9418
Zamora3@aol.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| In Re: | Case No.: 1:22-bk-10603-VK |
|---|---|
| JAMES FARKAS COHAN | Chapter: 7 |
| Debtor(s) | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL: Pro Se

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 07/15/22 at 10:30 am, to be held telephonically using the following number:

1-866-918-0338 with participant code 8677642

For the reason set forth below:

**No Appearance -** You failed to appear at the 341(a) meeting previously scheduled in your matter. You are further notified that in the event you do not appear at said time and place, your case may be dismissed by the United States Bankruptcy Court.

Dated:    June 28, 2022                         /s/ Nancy J Zamora
                                                                Nancy J Zamora, Chapter 7 Trustee

I certify that I served the within notice on the above debtor on June 28, 2022.

                                                                /s/ Cynthia Casas
                                                                Cynthia Casas