JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for
Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8 Mortgage Pass-Through Certificates Series 2006-AR8

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | ) Case No. 1:22-bk-10603-VK |
| | ) |
| James Farkas Cohan aka Jim Farkas Cohan, | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) |
| Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8 Mortgage Pass-Through Certificates Series 2006-AR8 | ) **NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| Movant, | ) Date:   08/17/2022 |
| | ) Time:  9:30AM |
| vs. | ) Ctrm:  301, Third Floor |
| | ) Place: 21041 Burbank Boulevard |
| James Farkas Cohan, Debtor; and Nancy J Zamora (TR), Chapter 7 Trustee | )            Woodland Hills CA |
| | ) |
| Respondents. | ) Judge: Victoria S. Kaufman |

1

File No. CA-22-170808
Notice of Continued Hearing, Case No. 1:22-bk-10603-VK

TO: THE DEBTOR, TRUSTEE, ATTORNEYS OF RECORD AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that the hearing on Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8 Mortgage Pass-Through Certificates Series 2006-AR8's Motion for Relief from the Automatic Stay has been continued to 08/17/2022 at 9:30AM at the above referenced location.

Dated: 7/15/2022

Respectfully submitted,
McCarthy & Holthus, LLP

/s/ Jennifer C. Wong
Jennifer C. Wong, Esq.
Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for The Bank of New York Mellon, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8 Mortgage Pass-Through Certificates Series 2006-AR8

M&H File No. CA-22-170808

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2763 Camino Del Rio S., Suite 100
San Diego, CA 92108

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/15/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**TRUSTEE**
Nancy J Zamora (TR)
zamora3@aol.com

**US TRUSTEE**
ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 7/15/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
James Farkas Cohan, 9921 Edmore Place, Sun Valley, CA 91352

**TRUSTEE**
Nancy J Zamora (TR)
U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles CA 90071

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/15/2022 | Hue Banh | /s/ Hue Banh |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**