| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>NANCY J ZAMORA (SBN137326)<br>U.S. Bank Tower<br>633 West 5th Street, Suite 2600<br>Los Angeles, CA 90071<br>Telephone: (213)488-9411<br>Facsimile: (213) 488-9418<br>Email: Zamora3@aol.com<br><br>☒ Chapter 7 trustee appearing without an attorney<br>☐ Attorney for chapter 7 trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY**

| In re:<br><br>JAMES FARKAS COHAN<br><br><br><br><br>Debtor(s). | CASE NO.: 1:22-bk-10603-VK<br><br>CHAPTER: 7<br><br>**CHAPTER 7 TRUSTEE'S MOTION TO DISMISS BANKRUPTCY CASE AND DECLARATION THAT DEBTOR(S) FAILED TO APPEAR AT TWO 341(a) MEETINGS OF CREDITORS**<br>**[LBR 1017-2(b), LBR 9013-1(q)]** |
|---|---|

I am the trustee of this chapter 7 bankruptcy case. I request that this case be dismissed because the Debtor(s) failed to appear at two or more 341(a) meetings of creditors held pursuant to 11 U.S.C. § 341(a). I provided written notice to the Debtor(s) of any continued/rescheduled meeting of creditors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: August 4, 2022                                By:     /s/ Nancy J Zamora)
                                                                    Signature of trustee


                                                         Name:   Nancy J Zamora
                                                                    Printed name of trustee

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                                                                   F 1017-2.1.MOTION.DISM.CH7.TRUSTEE